**2009–1780. State v. Lawson.**
Hamilton App. No. C–080877. On motion for leave to file delayed appeal. Motion denied.
PFEIFER, J., dissents.

**2009–1796. State v. Holmes.**
Cuyahoga App. No. 91948, 2009-Ohio-3736. On motion for leave to file delayed appeal. Motion granted.
O'CONNOR and O'DONNELL, JJ., dissent.

**2009–1815. Rodgers v. Pahoundis.**
Coshocton App. No. 08CA0018, 2009-Ohio-4468. On motion to stay proceedings. Motion denied.

**2009–1824. Griffin v. State Med. Bd. of Ohio.**
Franklin App. No. 09AP–276, 2009-Ohio-4849. On motion for stay of court of appeals' judgment. Motion granted.
PFEIFER, LUNDBERG STRATTON, and O'DONNELL, JJ., dissent.

**2009–1850. State v. Jackson.**
Summit App. Nos. 24463 and 24501, 2009-Ohio-4336. On motion for stay of court of appeals' judgment. Motion denied.

**2009–1851. State v. Hill.**
Hamilton App. No. C–080222. On motion for appeal bond. Motion denied.
PFEIFER, J., dissents.

**2009–1855. State ex rel. Jackim v. Court of Appeals, Eighth Appellate Dist.**
In Mandamus. On motion to stay proceedings in the court of appeals. Motion denied.

**2009–1980. In re Adoption of J.A.S.**
Lorain App. Nos. 08CA009518 and 08CA009519, 2009-Ohio-3927. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated in the court of appeals' Journal Entry filed October 9, 2009:

"Does R.C. 5103.16(D) require pre-adoptive placement where the prospective adoptive parents have been awarded legal custody of the child pursuant to a final dispositional order out of the juvenile court, and the child has been living with the prospective adoptive parents since the award of legal custody?"

The conflict case is *In re Adoption of A.W.K.,* Montgomery App. No. 22248, 2007-Ohio-6341.

Sua sponte, cause consolidated with 2009–1695, *In re Adoption of J.A.S.,* Lorain App. Nos. 08CA009518 and 08CA009519, 2009-Ohio-3927.

## APPEALS ACCEPTED FOR REVIEW

**2009–1149. State v. Dye.**
Lake App. No. 2008–L–106, 2009-Ohio-2949. Discretionary appeal accepted on Proposition of Law No. I.
MOYER, C.J., and LUNDBERG STRATTON, J., would also accept the appeal on Proposition of Law No. III.
O'DONNELL, J., would also accept the appeal on Proposition of Law Nos. II and III.
PFEIFER, LANZINGER, and CUPP, JJ., dissent.

**2009–1363. Griffith v. State.**
Franklin App. No. 08AP–964, 2009-Ohio-2854.
LANZINGER, J., dissents.

**2009–1419. State v. Irvin.**
Ross App. No. 08CA3057, 2009-Ohio-3128. Discretionary appeal accepted; cause held for the decision in 2008–2502, *State v. Bodyke,* Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; and briefing schedule stayed.